# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-7114**

**September Term, 2023**

**1:20-cv-02151-RJL**

**Filed On: September 15, 2023** [2017217]

Matthew Couch,

     Appellant

     v.

Verizon Communications Inc., et al.,

     Appellees

**BEFORE:**    Pillard, Walker, and Garcia, Circuit Judges

## O R D E R

Upon consideration of appellant's unopposed motion to approve filing of separate reply briefs to appellees' principal briefs, and the lodged reply briefs, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged reply briefs.

## Per Curiam

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

              BY:    /s/
                      Michael C. McGrail
                      Deputy Clerk